United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, <br><br> Plaintiff, <br><br> v. <br><br> STRAIGHT LINE SOURCE INC., et al., <br><br> Defendants. | Case No. 18-cv-07230-KAW <br><br> **ORDER REQUIRING SUPPLEMENTAL BRIEFING** <br><br> Re: Dkt. No. 17 |

On September 16, 2019, Plaintiff filed a voluntary dismissal of the individual claims with prejudice, and class claims without prejudice. (Dkt. No. 17.) Plaintiff, however, did not address the *Diaz* factors, as required by the Court's July 17, 2019 order. (Dkt. No. 16 at 1.)

"Under Rule 23(e), the court must approve any dismissal or compromise of a class action." *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989). "Courts in this district have expressed some uncertainty about whether Rule 23(e) still applies to pre-certification settlement proposals in the wake of the 2003 amendments to the rule but have generally assumed that it does." *Lyons v. Bank of Am., N.A.*, Case No. 11-cv-1232-CW, 2012 WL 5940846, at *1 (N.D. Cal. Nov. 27, 2012); *see also Campanelli v. Image First Healthcare Laundry Specialists, Inc.*, Case No. 15-cv-4456-PJH, 2019 WL 1925494, at *3 (N.D. Cal. Apr. 30, 2019); *Gonzalez v. Fallanghina, LLC*, Case No. 16-cv-1832-MEJ, 2017 U.S. Dist. LEXIS 58430, at *12 (N.D. Cal. Apr. 17, 2007). In *Diaz*, the Ninth Circuit listed the factors the district court must inquire into to determine whether there is prejudice to the class members from dismissal of the class claims. Absent such information, dismissal of the class claims is not appropriate.

///

///

Accordingly, the Court ORDERS Plaintiff to, by **September 24, 2019**, file a supplemental brief addressing the *Diaz* factors. The Court will not dismiss the class claims otherwise.

IT IS SO ORDERED.

Dated: September 17, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge