# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING,<br>Plaintiff,<br>v.<br>STRAIGHT LINE SOURCE INC., et al.,<br>Defendants. | Case No. 18-cv-07230-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 16, 18 |

On September 16, 2019, Plaintiff filed a voluntary dismissal of the individual claims with prejudice, and class claims without prejudice. (Dkt. No. 17.) Plaintiff, however, did not address the *Diaz* factors, as required by the Court's July 17, 2019 order. (Dkt. No. 16 at 1.)

On September 17, 2019, the Court issued an order requiring Plaintiff to provide supplemental briefing addressing the *Diaz* factors. (Dkt. No. 18.) The Court stated that it would not dismiss the class claims otherwise. (*Id.* at 2.) Plaintiff's briefing was due by September 24, 2019.

As of the date of this order, Plaintiff has not filed its supplemental briefing. Accordingly, the Court ORDERS Plaintiff to show cause, by **October 15, 2019**, why Plaintiff should not be sanctioned for failing to comply with the Court's orders by: (1) filing its supplemental brief addressing the *Diaz* factors, and (2) explaining why Plaintiff did not timely comply with the Court's order.

IT IS SO ORDERED.

Dated: October 7, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge