UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING,<br><br>Plaintiff,<br><br>v.<br><br>STRAIGHT LINE SOURCE INC., et al.,<br><br>Defendants. | Case No. 18-cv-07230-KAW<br><br>**ORDER DISMISSING CASE** |

On September 16, 2019, Plaintiff filed a voluntary notice dismissal of its individual claims with prejudice, and dismissal of the class claims without prejudice. (Dkt. No. 17.) On October 25, 2019, Plaintiff filed a supplemental brief addressing the *Diaz* factors. (Dkt. No. 22.) Having reviewed the supplemental briefing, the Court finds that class notice of the dismissal of the class claims is not necessary. Accordingly, the Court DISMISSES Plaintiff's individual claims with prejudice, and dismisses the class claims without prejudice.

The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated: November 13, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge